IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02421-MSK-OES

MELVIN LEE DAVIS,

      Petitioner,

v.

UNITED STATES OF AMERICA,

      Respondent.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE comes before the Court on the Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 **(#1)**.  The United States District Court for the District of South Carolina granted the Petitioner leave to proceed *in forma pauperis*.  It is now

**ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Respondent.  If unable to do so, the United States Marshal shall serve a summons and a copy of all documents in the Court file upon the Respondent.  All costs of service shall be advanced by the United States.

Dated this 9th day of December, 2005

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge