IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02421-MSK-OES

MELVIN LEE DAVIS,

       Petitioner,

v.

UNITED STATES OF AMERICA,

       Respondent.

## ORDER AND NOTICE OF HEARING

**IT IS HEREBY ORDERED** that an evidentiary hearing will be held on **January 6, 2006 at 2:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 15th day of December 2005.

                              **BY THE COURT:**

                              *Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge