IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02421-MSK-OES

MELVIN LEE DAVIS,

      Petitioner,

v.

UNITED STATES OF AMERICA,

      Respondent.

---

### ORDER PERMITTING TESTIMONY AND PARTICIPATION OF WITNESSES *via* VIDEO HOOKUP AT EVIDENTIARY HEARDING SCHEDULED FOR JANUARY 6, 2006

---

Upon consideration of the Respondent's Motion to Permit Participation and Testimony of Petitioner and Witnesses *via* Video Hookup at Habeas Corpus Evidentiary Hearing on Friday, January 6, 2006 **(#10)**, it is

**ORDERED** that the motion **(#10)** is **GRANTED**.  The Petitioner and any witnesses may appear by videoconference at the hearing scheduled for January 6, 2006, at 2:00 p.m.  Counsel for the Respondent shall contact the Courtroom Deputy Clerk, Maureen Nelson, at (303) 335-2185 to make necessary arrangements.

Dated this 4th day of January, 2006

      **BY THE COURT:**

      *Marcia S. Krieger*

      _____

      Marcia S. Krieger
      United States District Judge