IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02421-MSK-OES

MELVIN LEE DAVIS,

      Petitioner,

v.

UNITED STATES OF AMERICA,

      Respondent.

## ORDER CONVERTING JANUARY 6, 2006 EVIDENTIARY HEARING TO A LAW AND MOTION HEARING

THIS MATTER is presently set for an evidentiary hearing on January 6, 2006 at 2:00 p.m. Having reviewed the file, the Court

**FINDS** that:

It is not clear what matters are at issue or what evidence needs to be presented. It also is not clear whether a 3-way video hookup is necessary or feasible.

**IT IS THEREFORE ORDERED** that the January 6, 2006 hearing shall be a law and motion hearing at which no evidence will be presented. The Petitioner shall appear by video hookup from the institution at Florence. The parties shall be prepared to address what the issues

are, what, if any, facts are in dispute and what evidence, if any, is to be presented.

    Dated this 5th day of January, 2006

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge